UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | Crim **No. 19-cr-10459-RWZ** |
| ) | |
| JOSUE CARRASQUILLO       ) | |

**DEFENDANT'S MOTION TO RECONSIDER ORDER OF DETENTION**

Now comes the defendant, Josue Carrasquillo, through counsel, in the above-captioned matter, and respectfully requests this Court to reconsider the order of detention and to schedule a hearing re same.

As reasons therefor, the defendant states that upon a review of the recently Government's Opposition to the Defendant's request for pretrial release filed under seal, he believes that certain assertions therein are incorrect and would like an opportunity to clarify and correct those statements relative to his alleged participation in the RICO conspiracy. The defendant requests a hearing on this matter.

WHEREFORE, the defendant requests that this Court reconsider the order of detention and to schedule a hearing regarding same, and for such other and further relief as to this Court deems just and proper.

Respectfully Submitted,
Josue Carrasquillo
By his counsel,

Date: 12/19/19        /s/ Vivianne Jeruchim_____
Vivianne Jeruchim, Esq.
BBO #547598
Jeruchim & Davenport, LLP
50 Congress St., Suite 615
Boston, MA  02109
617/720-6047

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 19, 2019.

2

Date: 12/19/19                                         /s/ Vivianne Jeruchim
                                                   Vivianne Jeruchim, Esq.

2